# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | : | |
| **v.** | : | **Cr. No. 13-191-2** |
| **AMBUR HAM** | : | |

## ORDER

**AND NOW**, this 25th day of October, 2021, upon consideration of the Defendant's motion for compassionate release pursuant to 18 U.S.C. 3582(c)(1)(A) and the Government's response thereto, it is hereby **ORDERED** that the Motion [Doc. 179] is **DENIED**.

It is further **ORDERED** that the government's motion to impound [Doc. 183] is **GRANTED**. The Clerk of Court is directed to make no public docket entry of the sealed documents and order to seal, and to provide copies of all sealed documents only to Michelle L. Morgan, Assistant United States Attorney.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**