Dear Honorable Jeffrey Schmehl,                    11-9-2022

I am trying to obtain my ~~email~~ eMail
so I may be able to have contact with
my family I have gone through the channels
here in the Administrative Remedy to try to
get my email and was still denied. I
understand in my Special conditions of
Supervision paperwork states I need to be
monitered in my computer use. I was denied
due to the nature of my offense. I
understand all this but if our corrospondense
on trulincs is monitored I do not understand
~~why~~ why I'm still being denied.

                        Respectfully yours,

                        Ambur Ham
                        Ambur Ham

Ambur Ham
69058-066
Federal Detention
      Center
P.O. Box 8662
Philadelphia, PA. 19105

PHILADELPHIA PA 190

10 NOV 2022 PM 5 1

U.S.M.S.
X-RAY

FOREVER USA

⇔69058-066⇔
Jeffrey L Schmehl
504 W Hamilton ST
Honorable Jeffrey Schmehl
Allentown, PA 18101
United States

REC'D NOV 1 5 2022

18101-151899